IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KULWINDER KAUR and GURJIT SINGH,

    Plaintiffs,

  v.

MICHAEL B. MUKASEY, Attorney General, and DAVID ROARK, of Texas Service Center, Department of Homeland Security, U.S. Citizenship and Immigration Service,

    Defendants.
                                        /

No. C 08-04920 WHA

**ORDER TO SHOW CAUSE**

Plaintiffs Kulwinder Kaur and Gurjit Singh failed to timely serve defendants. Plaintiffs are **ORDERED TO SHOW CAUSE** why their petition for writ of mandamus should not be dismissed for failure to prosecute. Plaintiffs must show cause in writing by **MARCH 21, 2012**. If no response is filed, the petition will be dismissed.

**IT IS SO ORDERED.**

Dated: March 14, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE