IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER KAUR and GURJIT SINGH,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General, and DAVID ROARK, of Texas Service Center, Department of Homeland Security, U.S. Citizenship and Immigration Service,<br><br>    Defendants.<br>_____ / | No. C 08-04920 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs Kulwinder Kaur and Gurjit Singh failed to timely serve defendants. Plaintiffs are **ORDERED TO SHOW CAUSE** why their petition for writ of mandamus should not be dismissed for failure to prosecute. Plaintiffs must show cause in writing by **MARCH 21, 2012**. If no response is filed, the petition will be dismissed.

**IT IS SO ORDERED.**

Dated: March 14, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE