IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER KAUR and GURJIT SINGH,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General, and DAVID ROARK, of Texas Service Center, Department of Homeland Security, U.S. Citizenship and Immigration Service,<br><br>    Defendants. | No. C 08-04920 WHA<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Plaintiffs failed to timely serve defendants. An order to show cause issued requiring plaintiffs to show cause by March 21, 2012, why their petition for writ of mandamus should not be dismissed for failure to prosecute. The order indicated that "[i]f no response is filed, the petition will be dismissed" (Dkt. No. 4). Plaintiffs have failed to respond to the order to show cause. The action is hereby **DISMISSED** for failure to prosecute. The **CLERK** shall close the case file.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE